

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Magistrate Docket No. 20MJ0010

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

Chris Jack WEAKLEY,

Defendant.

COMPLAINT FOR VIOLATION OF:

Title 8, USC 1324(a)(1)(A)(ii)
Transportation of Illegal Aliens

FILED
JAN 0 2 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

The undersigned complainant being, duly sworn, states:

On or about December 31, 2019, within the Southern District of California, defendant Chris Jack WEAKLEY, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Juan Antonio LOPEZ-Sanchez and Isidro Yasmani RAMIREZ-Ochoa, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE,

THIS 2nd DAY OF January, 2020.

ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**Chris Jack WEAKLEY**

**PROBABLE CAUSE STATEMENT**

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Juan Antonio LOPEZ-Sanchez and Isidro Yasmani RAMIREZ-Ochoa, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 31, 2019, Border Patrol Agents M. Lovett, P. Ojeda, J. Hayes, W. Ekern, E. Cadena, and G. Whalen were performing assigned duties in the El Cajon Border Patrol Station's area of responsibility. At approximately 11:39 PM, Agent Lovett responded to a seismic intrusion device activation near the United States/Mexico International Border near an area commonly referred to by Border Patrol agents as "The CHP Lot." Agent Lovett arrived to the area and observed shoe prints for four individuals. Agent Lovett notified other agents his observations.

Agent Ojeda, who had responded to the area where Agent Lovett was working at, observed a vehicle driving north on Emery Lane. As Agent Ojeda approached the vehicle, the vehicle pulled over to the right side of the road. As he passed the vehicle, Agent Ojeda looked back and noticed that the vehicle had made a U-turn and was now heading south. Agent Ojeda made a U-turn and lost sight of the vehicle, last seen heading south on Thing Road in Tecate, California. Agent Ojeda notified other agents to be on the lookout for a four door silver sedan.

Agent Hayes was notified by Border Patrol Agent M. Quandt, that he was looking for a silver sedan that possibly picked up a group of suspected illegal aliens. Agent Quandt stated the vehicle was driving east on State Route (SR) 94 from State Route 188 towards Forrest Gate Road. Moments later, a silver sedan passed Agent Hayes heading east. Agent Hayes made a U turn, caught up to the vehicle, and requested record checks on the license plate. Agent Hayes then attempted to conduct a vehicle stop on SR 94, west of Forrest Gate Road. The vehicle slowed and began pulling to the side of the highway. It continued driving partly on the shoulder and partly on the highway at a slow speed. Upon arriving at Forrest Gate Road, the vehicle again pulled to the shoulder as though it was attempting to stop, but continued east on SR 94 at a slow speed. The vehicle pulled over and came to a stop approximately 750 yards east of Forrest Gate Road.

Agent Hayes pulled his vehicle behind the sedan, as he was walking towards the sedan, the rear

CONTINUATION OF COMPLAINT:
Chris Jack WEAKLEY

passenger door opened. Two subjects exited and began running east. The driver then sped off in the vehicle east on SR 94. At approximately 12:04 AM, Agent Hayes notified agents that there was a bail out and a failure to yield. Agent Hayes pursued the vehicle east on SR 94 for approximately 0.5 mile until he encountered the vehicle stopped on the north side of SR 94, where it had gone off the highway, at a curve in an area known to Border Patrol agents as "Star Ranch Flats." The vehicle knocked down a sign and went through a barbed wire fence. This area is approximately two and a quarter miles north of the United States/Mexico International Border and approximately nine and a half miles east of the Tecate, California Port of Entry. Agent Hayes approached the vehicle and the driver left the area running north.

At approximately 12:10 AM, Agent Ekern arrived on scene where the two individuals absconded from the vehicle, found footprints, and followed the footprints east. After an extensive search, Agent Ekern encountered one individual, later identified as material witness Isidro RAMIREZ-OCHOA, attempting to conceal himself under a large bush. This area is approximately 1.6 miles north of the United States/Mexico International Border and approximately 9.5 miles east of the Tecate, California Port of Entry. Agent Ekern identified himself as a Border Patrol Agent and conducted an immigration inspection. RAMIREZ stated that he is a citizen of Mexico without any documents allowing him to enter or remain in the United States legally. At approximately 12:45 AM, Agent Ekern placed RAMIREZ, under arrest.

Agent Cadena was inside the Forrest Gate Processing Center when he heard Agent Hayes' notification of the bail out and failure to yield. Agent Cadena responded to the area and joined the search for the individuals that absconded from the vehicle. After an extensive search, Agent Cadena encountered one individual, later identified as material witness Juan LOPEZ-Sanchez, attempting to conceal himself by laying down in some tall brush. This area is approximately 9.2 miles east of the Tecate, California Port of Entry and is approximately 1.8 miles north of the United States/Mexico International Border. Agent Cadena identified himself as a Border Patrol Agent and conducted an immigration inspection. LOPEZ stated that he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. Agent Cadena placed LOPEZ, under arrest.

Agent Whalen also responded to the area and began to search in an area known to Border Patrol agents as the "Campo Library." This area is approximately 9.5 miles east of the Tecate, California Port of Entry and 3 miles north of the United States/Mexico International Boundary. After a brief search, Agent Whalen observed a trash bin tipped over and angled towards the

**CONTINUATION OF COMPLAINT:**
**Chris Jack WEAKLEY**

building in such a way that it was completely boxed in. After moving the bin slightly, Agent Whalen observed one individual, later identified as the defendant Chris Jack WEAKLEY, attempting to conceal himself in the trash bin. Agent Whalen identified himself as a Border Patrol Agent. Agent Whalen ordered WEAKLEY to show his hands to which he did not comply. Agent Whalen pulled WEAKLEY out of the trash bin and ordered him to put his hands behind his back. WEAKLEY again did not comply. Agent Whalen forced WEAKLEY to the ground and handcuffed him. At 1:45 AM, Agent Whalen placed WEAKLEY, under arrest. At the Forrest Gate Processing Center, Agent Whalen confirmed that WEAKLEY is a United States citizen.

Material witnesses Juan Antonio LOPEZ-Sanchez and Isidro Yazmani RAMIREZ-Ochoa, stated they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States. Both material witnesses stated they were going to pay $9,000 USD to be smuggled into the United States. RAMIREZ stated that when WEAKLEY noticed that Border Patrol was following them, WEAKLEY told them to get down. LOPEZ and RAMIREZ stated that when WEAKLEY slowed down the vehicle, he told them to run. When presented with a photographic line up, RAMIREZ was able to identify WEAKLEY as the driver of the vehicle.

**Executed on January 1st, 2020, at 11:00 AM.**

_____
Pablo Castro
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of three pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 31, 2019, in violation of 8 USC 1324(a)(1)(A)(ii).

_Allison H. Goddard_
ALLISON H. GODDARD
United States Magistrate Judge

2:50 PM, Jan 1, 2020
Date/Time